| RECORDING REQUESTED BY: | DEBRA L. ANDERSON, REGISTER OF DEEDS |
|---|---|
| WELLS FARGO BANK, N.A. | E-RECORDED  Bk 17781  PG 93 |
| 1000 BLUE GENTIAN RD | Instr # 2018034101 |
| SUITE 200 | 08/16/2018  02:34:47 PM |
| EAGAN, MN 55121 | Pages 1   YORK CO |

AND WHEN RECORDED MAIL TO:
WELLS FARGO BANK, N.A.
ASSIGNMENT TEAM
1000 BLUE GENTIAN RD #200
MAC: N9289-018
EAGAN, MN 55121-4400

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **WELLS FARGO BANK, NATIONAL ASSOCIATION S/B/M TO WELLS FARGO BANK SOUTHWEST, NATIONAL ASSOCIATION F/K/A WACHOVIA MORTGAGE, FSB** , 1 HOME CAMPUS , DES MOINES, IA 50328 , by these presents does convey, assign, transfer and set over to: **US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2018-1** , 2121 ROSECRANS AVE. , EL SEGUNDO, CA 90245 , the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$250000.00** is recorded in the State of **ME** , County of **York** Official Records, dated **06/16/2008** and recorded on **08/01/2008** , in Book No. **15465** , at Page No. **0473** .

Original Mortgagor: **TINA MARIE TAPLEY, AND SHAWN E TAPLEY , WIFE AND HUSBAND, AS JOINT TENANTS NOT AS TENANTS IN COMMON**
Original Mortgagee: **WACHOVIA MORTGAGE, FSB**
Property Address: **4 COMMANDERS WAY KITTERY, ME 03904**
Date: **08/16/2018**

WELLS FARGO BANK, NATIONAL ASSOCIATION S/B/M TO WELLS FARGO BANK SOUTHWEST, NATIONAL ASSOCIATION F/K/A WACHOVIA MORTGAGE, FSB
By:

*[signature]*

THOMAS SUTSADA SANANIKONE, Vice President Loan Documentation

STATE OF MN
COUNTY OF Dakota } s.s.

On 08/16/2018 before me, LAVENDAH J KWAMBOKA OKWOYO , a Notary Public, personally appeared THOMAS SUTSADA SANANIKONE , Vice President Loan Documentation of WELLS FARGO BANK, NATIONAL ASSOCIATION S/B/M TO WELLS FARGO BANK SOUTHWEST, NATIONAL ASSOCIATION F/K/A WACHOVIA MORTGAGE, FSB personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*[signature]*

LAVENDAH J KWAMBOKA OKWOYO, Notary Public
Commission #: 31080837
My Commission Expires: 01/31/2022

[Notary Seal: LAVENDAH J KWAMBOKA OKWOYO, NOTARY PUBLIC - MINNESOTA, MY COMMISSION EXPIRES 01/31/2022]

95a868c9



EXHIBIT D